■ PAMELA CRAWFORD, et al., Appellants, v PATRICIA MARCELLO et al., Individually and Doing Business as EARLY BIRD DAY CARE CENTER, Respondents. (Appeal No. 2.) [668 NYS2d 530] —Appeal unanimously dismissed without costs (*see, Smith v Catholic Med. Ctr.*, 155 AD2d 435; *see also*, CPLR 5501 [a] [1]). (Appeal from Order of Supreme Court, Erie County, Kane, J.— Set Aside Verdict.) Present—Pine, J. P., Lawton, Wisner, Callahan and Boehm, JJ.